| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor name | **Mountain Investments, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **16-50906** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Wells Fargo Bank** | **Checking Account** | **6812** | **$1,490.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $1,490.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor   **Mountain Investments, LLC**
         Name

Case number *(If known)* **16-50906**

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1. | **1296 Tropical Cove, Gulport, MS  39507** | **Fee simple** | **$50,000.00** | **Bank Appraisal** | **$50,000.00** |
| 55.2. | **1288 Tropical Cove, Gulport, MS  39507** | **Fee simple** | **$50,000.00** | **Bank Appraisal** | **$50,000.00** |
| 55.3. | **1290 Tropical Cove, Gulfport, MS  39507** | **Fee simple** | **$50,000.00** | **Bank Appraisal** | **$50,000.00** |

Debtor  **Mountain Investments, LLC**　　　　　　　　　　　　Case number *(If known)* **16-50906**
　　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | **1256 Tropical CV, Gulfport, MS  39507** | Fee simple | $50,000.00 | Bank Appraisal | $50,000.00 |
| 55.5. | **2222 30th Street, Gulfport, MS  39507** | Fee simple | $97,500.00 | Bank Appraisal | $97,500.00 |
| 55.6. | **5445 Quail Creek, Biloxi, MS** | Fee simple | $42,000.00 | Bank Appraisal | $42,000.00 |
| 55.7. | **5447 Quail Creek, Biloxi, MS** | Fee simple | $42,000.00 | Bank Appraisal | $42,000.00 |
| 55.8. | **19024 Fieldstone Court, Salinas, CA 93908** | Fee simple | $800,000.00 | Bank Appraisal | $800,000.00 |

56. **Total of Part 9.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$1,181,500.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10:　**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11:　**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Mountain Investments, LLC**  
Name

Case number *(If known)* **16-50906**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,490.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................> | | $1,181,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,490.00 | + 91b. $1,181,500.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,182,990.00 |

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Mountain Investments, LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** | |
| Case number (if known) | **16-50906** | ☐ Check if this is an amended filing |

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Bank of America, N.A.**<br>Creditor's Name<br>**Corporate Center**<br>**100 Tyron Street**<br>**Charlotte, NC 28255**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**0353**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**1296 Tropical Cove, Gulport, MS 39507**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,942.00 | $50,000.00 |
| **2.2** **Bank of America, N.A.**<br>Creditor's Name<br>**Corporate Center**<br>**100 Tyron Street**<br>**Charlotte, NC 28255-0010**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**3900**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**1288 Tropical Cove, Gulport, MS 39507**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $196,554.00 | $50,000.00 |

Case: 16-50906    Doc# 16    Filed: 04/12/16    Entered: 04/12/16 12:20:46    Page 5 of 14

| Debtor | Mountain Investments, LLC | Case number (if know) | 16-50906 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of America, N.A.** | **Describe debtor's property that is subject to a lien** | **$165,156.00** | **$50,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 1290 Tropical Cove, Gulfport, MS 39507 | | |

**Corporate Center
100 Tyron Street
Charlotte, NC 28255**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 2055**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Fay Servicing** | **Describe debtor's property that is subject to a lien** | **$951,435.00** | **$800,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 19024 Fieldstone Court, Salinas, CA 93908 | | |

**P.O. Box 809441
Chicago, IL 60680**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 7529**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fay Servicing
2. JP Morgan Chase Bank, N.A./Chase Mtg**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **JP Morgan Chase Bank, N.A./Chase Mtg** | **Describe debtor's property that is subject to a lien** | **$98,000.00** | **$800,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 19024 Fieldstone Court, Salinas, CA 93908 | | |

**PO Box 15145
Wilmington, DE 19850**
Creditor's mailing address

**Describe the lien**

---

Case: 16-50906    Doc# 16    Filed: 04/12/16    Entered: 04/12/16 12:20:46    Page 6 of 14

|   |   |   |   |
|---|---|---|---|
| | | Is the creditor an insider or related party? | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.4** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| 2.6 | **Real Time Resolutions**<br>Creditor's Name<br>**1349 Empire Central Drive S**<br>**Dallas, TX 75247**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2222 30th Street, Gulfport, MS 39507** | $25,321.00 | $97,500.00 |
|---|---|---|---|---|
| | | Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**1715** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Specialized Loan Servicing, LLC**<br>**2. Real Time Resolutions** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **Rushmore Loan Management Services, LLC**<br>Creditor's Name<br>**15480 Laguna Canyon Road, Suite 100**<br>**Irvine, CA 92618**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**5445 Quail Creek, Biloxi, MS** | $85,560.00 | $42,000.00 |
|---|---|---|---|---|
| | | Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**6436** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | Mountain Investments, LLC | Case number (if know) | 16-50906 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.8** **Seterus, Inc.**
Creditor's Name

**14523 SW Millikan Way Suite 200**
**Beaverton, OR 97005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2733**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1256 Tropical CV, Gulfport, MS 39507**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$210,449.00    $50,000.00

---

**2.9** **Specialized Loan Servicing, LLC**
Creditor's Name

**8742 Lucent Blvd, Suite 300**
**Littleton, CO 80129**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0719**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**Describe debtor's property that is subject to a lien**
**2222 30th Street, Gulfport, MS 39507**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$260,466.00    $97,500.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,193,883.00

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **Mountain Investments, LLC**                          Case number (if know)   **16-50906**
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Case: 16-50906    Doc# 16    Filed: 04/12/16    Entered: 04/12/16 12:20:46    Page 9 of 14

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Personal Income Tax**<br>**Post Office Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| Debtor | Mountain Investments, LLC | Case number (if known) | 16-50906 |
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Barrett Daffin Frappier Treder & Weiss<br>15000 Surveyor Blvd., Suite 500<br>Addison, TX 75001-9013<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Clear Springs Mortgage Services<br>18451 Dallas Pkwy #100<br>Dallas, TX 75287<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** 3756 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unsecured Loan<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,193.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Clear Springs Mortgage Services<br>18451 Dallas Pkwy #100<br>Dallas, TX 75287<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** 3757 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unsecured Loan<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,219.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Nationwide Posting & Publication<br>1180 Iron Point Road, Suite 100<br>Salyer, CA 95563<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** 3304 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Underwood Law Firm, PLLC<br>340 Edgewood Terrace Drive<br>Jackson, MS 39206<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 8,412.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 8,412.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mountain Investments, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **16-50906** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Michael T. Noble | 19024 Fieldstone Court Salinas, CA 93908-1558 | Bank of America, N.A. | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Michael T. Noble | 19024 Fieldstone Court Salinas, CA 93908-1558 | Bank of America, N.A. | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Michael T. Noble | 19024 Fieldstone Court Salinas, CA 93908-1558 | Bank of America, N.A. | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Michael T. Noble | 19024 Fieldstone Court Salinas, CA 93908-1558 | Clear Springs Mortgage Services | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.5 | Michael T. Noble | 19024 Fieldstone Court Salinas, CA 93908-1558 | Clear Springs Mortgage Services | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

| Debtor | Mountain Investments, LLC | Case number *(if known)* | 16-50906 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael T. Noble | 19024 Fieldstone Court<br>Salinas, CA 93908-1558 | Fay Servicing | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Michael T. Noble | 19024 Fieldstone Court<br>Salinas, CA 93908-1558 | Real Time Resolutions | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Michael T. Noble | 19024 Fieldstone Court<br>Salinas, CA 93908-1558 | Rushmore Loan Management Services, LLC | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Michael T. Noble | 19024 Fieldstone Court<br>Salinas, CA 93908-1558 | Seterus, Inc. | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Michael T. Noble | 19024 Fieldstone Court<br>Salinas, CA 93908-1558 | Specialized Loan Servicing, LLC | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |