Ralph P. Guenther, Esq. 124245
DOUGHERTY & GUENTHER APC
601 South Main Street
Salinas, California 93901
(831) 783-3440
rguenther@montereylaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 16-50906 SLJ |
| MOUNTAIN INVESTMENTS, LLC., | Chapter 11 |
| Debtor. | Hearing Information: |
| | Date: November 7, 2019<br>Time: 1:30 P.M.<br>Place: U.S. Bankruptcy Court<br>280 South First Street<br>San Jose, CA 95113<br>Courtroom 9 |
| _____/ | Judge: Hon. Stephen L. Johnson |

**NOTICE OF HEARING TO TENTATIVELY APPROVE**

**FOURTH AMENDED DISCLOSURE STATEMENT**

TO: **THE UNITED STATES TRUSTEE, THE HONORABLE STEPHEN L. JOHNSON, ALL CREDITORS REQUESTING SPECIAL NOTICE OR HAVING MADE AN APPEARANCE:**

PLEASE TAKE NOTICE THAT CONCURRENT WITH THIS Notice, Debtor has filed a Fourth Amended Disclosure Statement dated September 26, 2019. A hearing shall take place with respect to the Fourth Amended Disclosure Statement on **November 7, 2019, at 1:30 P.M.** in the

1

Case: 16-50906    Doc# 259    Filed: 10/03/19    Entered: 10/03/19 12:11:40    Page 1 of 8
NOTICE OF HEARING RE DEBTOR'S DISCLOSURE STATEMENT

U.S. Bankruptcy Court located at **280 South First Street Courtroom 3099, San Jose**, **California**.

**Objections to the amended disclosure statement must be filed no later than <u>October 31, 2019.</u>**

Dated: October 3, 2019    DOUGHERTY & GUENTHER, APC

*/s/ Ralph P. Guenther*
Ralph P. Guenther
Attorney for Debtor

DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901
831.783.3440

Case: 16-50906    Doc# 259    Filed: 10/03/19    Entered: 10/03/19 12:11:40    Page 2 of 8
NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT

# **CERTIFICATE OF SERVICE**

I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 601 S. Main Street, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at Dougherty & Guenther is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 3, 2019** a true and accurate photo-copy of the following documents:

**NOTICE OF HEARING TO TENTATIVELY APPROVE FOURTH AMENDED DISCLOSURE STATEMENT**

**FOURTH AMENDED DISCLOSURE STATEMENT**

**CHAPTER 11 PLAN**

was placed for service, in Dougherty & Guenther's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>*Served Electronically Only* | Office of the United States Trustee<br>Attn: Timothy S. Laffredi<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113<br>*Served Electronically Only* |
| Office of the United States Trustee<br>Attn: Minnie Lo<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113<br>*Served Electronically Only* | Attorneys for Fay Servicing, LLC<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>*Request for Special Notice* |
| Attorneys for:<br>Rushmore Loan Management Services, LLC<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>*Request for Special Notice* | Attorneys for Bank of America, N.A.<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>*Request for Special Notice* |
| Attorneys for: Wells Fargo Bank, N.A.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Attorneys for Seterus, Inc.<br>Darren J. Devlin, Esq.<br>The Mortgage Law Firm, PLC<br>41689 Enterprise Circle North, Suite 228<br>Temecula, CA 92590 |

3

DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901
831.783.3440

Case: 16-50906    Doc# 259    Filed: 10/03/19    Entered: 10/03/19 12:11:40    Page 3 of 8
NOTICE OF HEARING RE DEBTOR'S DISCLOSURE STATEMENT

| *Request for Special Notice* | *Request for Special Notice* |
|---|---|
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482 MAC S4101-88C<br>Phoenix, AZ 85038 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| US Bank Trust N.A, as Trustee<br>c/o BSI Financial Services<br>1425 Greenway Dr., Ste. 400<br>Irving, TX 75038 | U.S. Bank Trust National Association,<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine CA 92619-2708 |
| U.S. ROF III Legal Title Trust 2015-1,<br>Trustee (see 410)<br>c/o Fay Servicing, LLC<br>939 W. North Avenue Suite 680<br>Chicago, Illinois 60642 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| U.S. Bank National Association<br>c/o Selene Finance LP<br>P.O. Box 71243<br>Philadelphia, PA 19176-6243 | HSBC Bank USA , National Assoc., Trustee<br>(See 410)<br>c/o SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, COLORADO 80129 |
| Margaret Deranleau<br>P O Box 1056<br>Pebble Beach, CA 93953 | Seterus, Inc.<br>14523 SW Millikan Way, Ste. 200<br>Beaverton, OR 97005 |
| Bank of America, N.A.<br>Corporate Center<br>100 Tyron Street<br>Charlotte, NC 28255 | Rushmore Loan Management Services, LLC<br>15480 Laguna Canyon Road, Ste. 100<br>Irvine, CA 92617 |

*See Exhibit 1 for List of Creditors*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **October 3, 2019,** at Salinas, California.

                                          */s/ Laura Galvan*
                                          Laura Galvan

DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901
831.783.3440

4

Case: 16-50906   Doc# 259   Filed: 10/03/19   Entered: 10/03/19 12:11:40   Page 4 of 8

NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 16-50906<br>California Northern Bankruptcy Court<br>San Jose<br>Thu Oct  3 11:55:47 PDT 2019 | 1900 Capital Trust I<br>Barrett Daffin Frappier Treder & Weiss<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 | 1900 Capital Trust I, By U.S. Bank Trust Nat<br>Barrett Daffin Frappier Treder & Weiss<br>c/o Cassandra J. Richey, Attorney<br>20955 Pathfinder Rd, Suite 300<br>Diamond Bar, CA 91765-4029 |
| 1900 Capital Trust I, by U.S. Bank Trust Nat<br>c/o ShellPoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | BSI Financial Services<br>1425 Greenway Dr., #400<br>Irving, TX 75038-2480 |
| Bank of America, N.A.<br>c/o Jennifer C. Wong, Esq.<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Bank of America, N.A.<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Bank of America, N.A.<br>Corporate Center<br>100 Tyron Street<br>Charlotte, NC 28255-0001 |
| Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Barrett Daffin Frappier Treder & Weiss<br>15000 Surveyor Blvd., Suite 500<br>Addison, TX 75001-4417 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Jonathan Cahill<br>Aldridge Pite, LLP<br>4375 Jutland Dr. #200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Matthew R. Clark III<br>Aldridge Pite, LLP<br>4375 Jutland Drive #200<br>P.O.Box 17933<br>San Diego, CA 92177-7921 |
| Clear Springs Mortgage Services<br>18451 Dallas Pkwy #100<br>Dallas, TX 75287-5209 | Theron Spencer Covey<br>Tiffany & Bosco PA<br>1230 Columbia St #680<br>San Diego, CA 92101-8502 | Darren J. Devlin<br>Resolution Funding, Inc.<br>950 Urania Ave.<br>Encinitas, CA 92024-2231 |
| Mark D. Estle<br>Buckley Madole, P.C.<br>12526 High Bluff Dr. #238<br>San Diego, CA 92130-2066 | Dane Wyatt Exnowski<br>McCalla Raymer Leibert Pierce, LLP<br>301 E Ocean Blvd. #1720<br>Long Beach, CA 90802-8813 | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |
| Fay Servicing, LLC<br>Aldridge and Pite LLC<br>c/o Matthew R. Clark<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Fay Servicing, LLC<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Fay Servicing, LLC<br>c/o Matthew R. Clark<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Trevor Ross Fehr<br>Office of the U.S. Trustee<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Franchise Tax Board<br>Bankruptcy Personal Income Tax<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Michelle R. Ghidotti-Gonsalves<br>Law Offices of Michelle R. Ghidotti<br>5120 E La Palma Ave. #206<br>Anaheim Hills, CA 92807-2091 | Ralph P. Guenther<br>Dougherty and Guenther<br>601 S Main St.<br>Salinas, CA 93901-3201 | HSBC Bank USA , National Assoc., Trustee (Se<br>c/o SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, COLORADO 80129-2386 |

| | | |
|---|---|---|
| HSBC Bank USA, National Association as Trust<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | HSBC Bank USA, National Association as Trust<br>C/O Buckley Madole, P.C.<br>301 E. Ocean Blvd, Suite 1720<br>Long Beach, CA 90802-8813 | HSBC Bank USA, National Association as Trust<br>30 Corporate Park<br>Suite 450<br>Irvine, CA 92606-3401 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JP Morgan Chase Bank, N.A./Chase Mtg<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Mark Stephen Krause<br>Zieve, Brodnax and Steele, LLP<br>30 Corporate Park #450<br>Irvine, CA 92606-3401 | Nancy Lee<br>McCarthy & Holthus, LLP<br>411 Ivy Street<br>San Diego, CA 92101-2108 |
| James F. Lewin<br>The Mortgage Law Firm, PLC<br>27455 Tierra Alta Way #B<br>Temecula, CA 92590-3498 | Margaret Deranleau<br>P O Box 1056<br>Pebble Beach, CA 93953-1056 | Mountain Investments, LLC<br>19024 Fieldstone Court<br>Salinas, CA 93908-1558 |
| Nationwide Posting & Publication<br>1180 Iron Point Road, Suite 100<br>Salyer, CA 95563 | Michael T. Noble<br>Post Office Box 1056<br>Pebble Beach, CA 93953-1056 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Office of the United States Trustee<br>Attn: Julie M. Glosson<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2759 | Office of the United States Trustee<br>Attn: Minnie Loo<br>450 Golden Gate Ave., Suite 5-0153<br>San Francisco, CA 94102-3661 | Office of the United States Trustee<br>Attn: Timothy S. Laffredi<br>280 South First Street, Room 268<br>San Jose, California 95113-3000 |
| Renee M. Parker<br>The Mortgage Law Firm, PLC<br>27455 Tierra Alta Way #B<br>Temecula, CA 92590-3498 | Kelly Raftery<br>McCarthy and Holthus LLP<br>1770 4th Ave.<br>San Diego, CA 92101-2607 | Real Time Resolutions<br>1349 Empire Central Drive S<br>Dallas, TX 75247-4029 |
| Cassandra J. Richey<br>Law Offices of Prober and Raphael<br>20750 Ventura Blvd. #100<br>Woodland Hills, CA 91364-6207 | Rushmore Loan Management Services, LLC<br>ALDRIDGE PITE, LLP<br>c/o Matthew R. Clark<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Rushmore Loan Management Services, LLC<br>15480 Laguna Canyon Road, Suite 100<br>Irvine, CA 92618-2132 |
| Rushmore Loan Management Services, LLC<br>c/o Matthew R. Clark<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | SETERUS, INC.<br>C/O James F. Lewin, Esq<br>THE MORTGAGE LAW FIRM, PLC<br>41689 Enterprise Circle North, Suite 228<br>Temecula, California 92590-5630 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Seterus, Inc.<br>c/o Darren J. Devlin, Esq.<br>The Mortgage Law Firm, P.L.C.<br>41689 Enterprise Circle North, Suite 228<br>Temecula, CA 92590-5630 | Seterus,Inc.,as the authorized Subservicer<br>for Federal National Mortgage Ass.<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd, Suite 300<br>Littleton, CO 80129-2386 |

Case: 16-50906   Doc# 259   Filed: 10/03/19   Entered: 10/03/19 12:11:40   Page 6 of 8
Exhibit 1

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

TRACY HOPE DAVIS
c/o Office of the United States Trustee
Attn: Lynette C. Kelly
1301 Clay Street, Suite 690N
Oakland, California 94612-5231

Edward A. Treder
Barrett Daffin Frappier Treder and Weiss
20955 Pathfinder Rd. #300
Diamond Bar, CA 91765-4029

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

U.S. Bank National Association
c/o Selene Finance LP
P.O. Box 71243
Philadelphia, PA 19176-6243

U.S. Bank National Association, not in its i
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

U.S. Bank Trust National Association
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501-0305

U.S. Bank Trust National Association as Trus
GHIDOTTI I BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

U.S. Bank Trust National Association,
Rushmore Loan Management Services
P.O. Box 55004
Irvine CA 92619-5004

U.S. Bank Trust National Association, as Own
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-7921

U.S. Bank Trust National Association, as tru
3000 Kellway Dr. Ste 150
Carrollton, TX 75006-3357

U.S. Bank Trust National Association, as tru
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

U.S. ROF III Legal Title Trust 2015-1,
Trustee (see 410)
c/o Fay Servicing, LLC
939 W. North Avenue Suite 680
Chicago, Illinois 60642-1231

US Bank Trust N.A, as Trustee
c/o BSI Financial Services
1425 Greenway Dr., Ste. 400
Irving, TX 75038-2480

US Bank Trust N.A, as Trustee of Bungalow Se
The Law Office of Michelle Ghidotti
5120 E La Palma
Suite 206
Anaheim Hills, CA 92807-2091

US Bank Trust N.A., as Trustee of Bungalow S
The Law Offices of Michelle Ghidotti
5120 E. La Palma
Suite 206
Anaheim Hills, CA 92807-2091

US Bank Trust National Association
c/o Michelle R. Ghidotti-Gonsalves, Esq.
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. #206
Anaheim Hills, CA 92807-2091

Underwood Law Firm, PLLC
340 Edgewood Terrace Drive
Jackson, MS 39206-6216

Wells Fargo Bank, N.A.
ALDRIDGE PITE, LLP
c/o Matthew R. Clark
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482 MAC S4101-88C
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.
c/o ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Jennifer C. Wong
McCarthy and Holthus, LLP
411 Ivy St.
San Diego, CA 92101-2108

Gilbert R. Yabes
Aldridge Pite, LLP
4375 Jutland Dr. #200
P.O.Box 17933
San Diego, CA 92177-7921

Kristin A. Zilberstein
GHIDOTTI I BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

Kristin A. Zilberstein
The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Seterus, Inc.<br>14523 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97005 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)1900 Capital Trust I, by U.S. Bank Trust N<br>c/o ShellPoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | (d)Bank of America, N.A.<br>Corporate Center<br>100 Tyron Street<br>Charlotte, NC 28255-0010 | (d)Bank of America, N.A.<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 |
| (u)Fay Servicing, LLC | (u)PROF-2013-S3 Legal Title Trust, by U.S. Ba | (u)Seterus, Inc., as the authorized subservic |
| (d)U.S. Bank Trust National Association, as t<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006-3357 | (u)US Bank Trust N.A, as Trustee of Bungalow | (u)US Bank Trust NA |
| (d)Wells Fargo Bank, N.A.<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | (d)Jennifer C. Wong<br>McCarthy and Holthus, LLP<br>411 Ivy Street<br>San Diego, CA 92101-2108 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients    11<br>Total                  95 |

Exhibit 18