RALPH P. GUENTHER, Esq. 124245
rguenther@montereylaw.com
DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901

(831) 649-5100

Attorneys for Debtor
MOUNTAIN INVESTMENTS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 16-50906 SLJ |
| MOUNTAIN INVESTMENTS, LLC | Chapter 11 |
| Debtor. | **Hearing Information:** |
| | Date: November 7, 2019 |
| | Time: 1:30 p.m. |
| | Place: U.S. Bankruptcy Court |
| | Room 9 |
| | 280 South First Street |
| | San Jose, CA 95113 |
| _____/ | Judge: Hon. Stephen L. Johnson |

**STATUS CONFERENCE STATEMENT**

Counsel for Debtor reports as follows:

Debtor filed a Fourth Amended Disclosure Statement and a Plan on September 26, 2019, as Doc#'s 255 and 256.

No objections have been filed or received.

Debtor has filed all required operating reports.

Debtor is ready to proceed with confirmation of the Fourth Amended Plan. Debtor was unable to reach an agreement for plan treatment with the creditor secured by the Fieldstone property.

1

Debtor then amended the Disclosure Statement and Plan to provide for surrender of the Fieldstone property. Since then the creditor has proposed revised treatment for the loan which is acceptable to Debtor.

Debtor respectfully requests that the Court extend the confirmation deadline of November 7, 2019, to allow Debtor to proceed with confirmation of the Fourth Amended Plan.

Dated: October 24, 2019   DOUGHERTY & GUENTHER, APC

 */s/ Ralph P. Guenther*
Ralph P. Guenther, attorney for Debtor

# CERTIFICATE OF SERVICE

## [B.R. 7005, F.R.C.P. 5]

I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 601 S. Main Street, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at Dougherty & Guenther is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 24, 2019** a true and accurate photo-copy of the following documents:

## STATUS CONFERENCE STATEMENT

was placed for service, in Dougherty & Guenther's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>***Served Electronically Only*** | Office of the United States Trustee<br>Attn: Timothy S. Laffredi<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113<br>***Served Electronically Only*** |
| Office of the United States Trustee<br>Attn: Minnie Lo<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113<br>***Served Electronically Only*** | Attorneys for Fay Servicing, LLC<br><br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>***Request for Special Notice*** |
| Attorneys for:<br>Rushmore Loan Management Services, LLC<br><br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>***Request for Special Notice*** | Attorneys for Bank of America, N.A.<br><br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>***Request for Special Notice*** |
| Attorneys for: Wells Fargo Bank, N.A.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>***Request for Special Notice*** | Attorneys for Seterus, Inc.<br>Darren J. Devlin, Esq.<br>The Mortgage Law Firm, PLC<br>41689 Enterprise Circle North, Suite 228<br>Temecula, CA 92590<br>***Request for Special Notice*** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **October 24, 2019,** at Salinas, California.

*/s/ Laura Galvan*
Laura Galvan

Case: 16-50906    Doc# 261    Filed: 10/24/19    Entered: 10/24/19 20:34:06    Page 3 of 3