

Ralph P. Guenther, Esq. 124245
rguenther@guentherlawgroup.com
DOUGHERTY & GUENTHER APC
601 South Main Street
Salinas, California 93901

(831) 783-3440

Attorney for Debtor

The following constitutes the order of the Court.
Signed: January 16, 2020

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 16-50906 SLJ |
| MOUNTAIN INVESTMENTS, LLC, | Chapter 11 |
| Debtor. | Hearing Information: |
| | Date: January 9, 2020<br>Time: 1:30 P.M.<br>Place: U.S. Bankruptcy Court<br>280 South First Street<br>San Jose, CA 95113<br>Courtroom 9 |
| _____/ | Judge: Hon. Stephen L. Johnson |

### ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION

A hearing was held on January 9, 2020, at 1:30 p.m. in Courtroom 9, at the United States Bankruptcy Court, 280 S. First Street, San Jose, California, to consider confirmation of the Debtor's Plan of Reorganization [Docket No. 263] (the "Plan"). Appearances were made as noted on the record.

The Court having considered the Plan, the Plan Ballot Summary attached thereto, the offer of proof made by Debtor, the request by Debtor to modify the Plan to address the Objection to Confirmation filed by Creditor, U.S. Bank Trust National Association, as Owner Trustee, not in its

1

DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901
831.783.3440

Case: 16-50906   Doc# 268   Filed: 01/16/20   Entered: 01/16/20 14:00:28   Page 1 of 2

CONFIRMATION ORDER

individual capacity, but solely in the capacity as Trustee for Loan Acquisition Trust Series 2014-RPL 1 [Docket No. 266], and having determined that the requirements for confirmation as set forth in 11 U.S.C. sections 1129(a) and (b) have been satisfied:

**IT IS HEREBY ORDERED THAT:**

1. The treatment for Class 6 is modified to be paid in monthly installments of $240.00 for 36 months and then 324 equal monthly installments of $282.98;

2. The Plan filed as Docket No. 263, as modified herein, is CONFIRMED; and

3. The anticipated date for a final decree will be on or before May 7, 2020.

APPROVED AS TO FORM;

*/s/ Gilbert R. Yabes*
Gilbert R. Yabes,
attorney for Creditor,
U.S. Bank Trust National Association,
as Owner Trustee, not in its individual
capacity, but solely in the capacity as
Trustee for Loan Acquisition Trust
Series 2014-RPL 1

***END OF ORDER***

2

DOUGHERTY & GUENTHER, APC
601 S. Main Street
Salinas, CA 93901
831.783.3440

Case: 16-50906    Doc# 268    Filed: 01/16/20    Entered: 01/16/20 14:00:28    Page 2 of 2

CONFIRMATION ORDER